

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-79,606-03

### EX PARTE TYRONE LOUIS GILBERT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 07-02528-B IN THE 252ND DISTRICT COURT FROM JEFFERSON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to imprisonment for life. The Fourteenth Court of Appeals affirmed his conviction. *Gilbert v. State*, 494 S.W.3d 758 (Tex. App.—Houston [14th Dist.] 2016).

Applicant contends, among other things, that trial and appellate counsel were ineffective and that the trial court imposed a fine after orally pronouncing his sentence. The trial court made findings of fact and conclusions of law and recommended that we deny relief and modify the judgment to reflect no fine.

Based on the trial court's findings and conclusions and our own independent review of the record, we deny relief. We also decline to modify the judgment. According to the judgment forwarded with the record, a fine was not imposed. The judgment does contain $619.00 in court costs, but Applicant does not contend that these costs are improper. Relief is denied.

Filed:          June 5, 2019
Do not publish